IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

2005 JUN 30 PM 4:22

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ALOEION Q. DICKERSON, a minor,
by her mother, next friend and guardian,
ROSALYND BRYANT,
Plaintiff,

v.                                                                    No.: 04-2653-Ma V

GREYHOUND LINES, INC.,
Defendant.

AND

GREYHOUND LINES, INC.,
Counter-Plaintiff,

v.

ALOEION Q. DICKERSON, a minor,
by and through her mother and next friend,
ROSALYND BRYANT; KAMISHIA DANDRIDGE,
a minor, by and through her mother and next friend
MARY DANDRIDGE, et. al
Defendants

AND

KIMESHIA DANDRIDGE, a minor,
by and through her mother and
next friend MARY DANDRIDGE
Counter Plaintiff

v.

GREYHOUND LINES, INC.,
Counter Defendant.

---

### AMENDED ORDER ALLOWING PERIODIC DEPOSIT OF FUNDS IN COURT REGISTRY

---

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __7-1-05__

33

It appearing to the Court, upon the motion of Defendant, Greyhound Lines, Inc., for an Amended Order allowing periodic deposits on a four week basis of certain funds in the Court Registry, its memorandum in support thereof, and the entire record in this cause, that the motion is well taken and should be granted.

Therefore, it is ordered that Greyhound is allowed to make periodic deposits of certain funds representing its obligation to the alleged survivor, or survivors, of Thomas Dickerson, deceased, under the Workers Compensation statutes of the State of Tennessee with the Court Registry, such periodic deposits of funds will be made upon a four week basis. Further, the Clerk of this Court is directed to place such funds in an interest-bearing account or to invest such funds in an interest-bearing instrument to be approved by this Court.

*Diane K. Vescovo*
JUDGE - U.S. Magistrate Judge

June 30, 2005
DATE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:04-CV-02653 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Dee Shawn Peoples
LAW OFFICE OF R. LINLEY RICHTER, JR.
100 N. Main St.
Ste. 2909
Memphis, TN 38103

Bruce E. Williams
SHUTTLEWORTH WILLIAMS, PLLC
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--002

T. Roane Waring
SHUTTLEWORTH  WILLIAMS
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--002

Honorable Diane Vescovo
US DISTRICT COURT