IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 JUL -8 PM 4: 03

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ALOEION DICKERSON, a minor,
By her mother, next friend and guardian,
ROSALIND BRYANT,
Plaintiff,

v.                                          Case No. 04-2653-Ma V

GREYHOUND LINES INC.,
Defendant.

AND

GREYHOUND LINES INC.,
Counter-Plaintiff

v.

ALOEOIN DICKERSON, a minor,
By and through her mother and next friend
ROSALIND BRYANT, KIMESHIA DANDRIDGE,
A minor, by and through her mother and
next friend MARY DANDRIDGE, et. al
Defendants

AND

KIMESHIA DANDRIDGE, A minor,
by and through her mother and
next friend MARY DANDRIDGE
Counter Plaintiff

v.

GREYHOUND LINES INC.
Counter Defendant.

## ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER TO ENLARGE TIME

Before the Court is the Motion to Amend Scheduling Order to Enlarge Time for Discovery, filed, June 30, 2005. Based upon the statements of Plaintiffs' counsel and the entire record herein, this Honorable Court finds that the scheduling order shall be amended and that a September 1, 2005 shall be the new date to end discovery.

So ORDERED this 8th day of July, 2005.

_Diane K. Vescovo_

DATE July 8, 2005

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:04-CV-02653 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

T. Roane Waring
SHUTTLEWORTH  WILLIAMS
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--002

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Dee Shawn Peoples
LAW OFFICE OF R. LINLEY RICHTER, JR.
100 N. Main St.
Ste. 2909
Memphis, TN 38103

Bruce E. Williams
SHUTTLEWORTH WILLIAMS, PLLC
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--002

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Honorable Diane Vescovo
US DISTRICT COURT