IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE



FILED BY _____ D.C.
05 SEP -9 PM 3:53
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

ALOEION DICKERSON, a minor,
By her mother, next friend and guardian,
ROSALIND BRYANT,
Plaintiff,

v.                                                                  Case No. 04-2653-Ma V

GREYHOUND LINES INC.,
Defendant.

AND

GREYHOUND LINES INC.,
Counter-Plaintiff

v.

ALOEOIN DICKERSON, a minor,
By and through her mother and next friend
ROSALIND BRYANT, KIMESHIA DANDRIDGE,
A minor, by and through her mother and
next friend MARY DANDRIDGE, et. al
Defendants

AND

KIMESHIA DANDRIDGE, A minor,
by and through her mother and
next friend MARY DANDRIDGE
Counter Plaintiff

v.

GREYHOUND LINES INC.
Counter Defendant.

---

## ORDER DIRECTING THE STATE OF TENNESSEE CENTER FOR FORENSIC MEDICINE TO RELEASE THE BLOOD SAMPLE OF THOMAS DICKERSON AND GRANTING MOTION TO AMEND SCHEDULING ORDER TO ENLARGE TIME

---

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-13-05

42

Before the Court is the Motion for this Court to enter an Order directing the State of Tennessee Center for Forensic Medicine to release the blood sample of Thomas Dickerson for DNA testing and to Amend Scheduling Order to Enlarge Time Discovery on the limited issues of completing the DNA testing of Thomas Dickerson within two weeks following the date of the entry of this Order and allowing two weeks thereafter for the submission of dispositive motions based on said DNA testing. Based upon the statements of Plaintiffs' counsel, the Motion and the entire record [& the response of Alaelin Dickerson & for good cause shown,] herein, this Honorable Court finds that the relief requested is reasonable and should therefore be granted. It is therefore Ordered that the State of Tennessee Center for Forensic Medicine located at 850 R.S. Gass Blvd., Nashville, TN 37216 to immediately release the blood sample of Thomas Dickerson for DNA testing and that the scheduling order shall be allow two weeks for said sample to be released and testing completed with the results thereof to be filed with this Court and that an additional two weeks from said filing of said testing results for all parties to file dispositive motions thereon..

So ORDERED this 8th day of September, 2005.

_Diane K. Vescovo_
U.S. Magistrate Judge
September 8, 2005
DATE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:04-CV-02653 was distributed by fax, mail, or direct printing on September 13, 2005 to the parties listed.

---

Bruce E. Williams
SHUTTLEWORTH WILLIAMS, PLLC
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--002

T. Roane Waring
SHUTTLEWORTH WILLIAMS
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--002

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Dee Shawn Peoples
LAW OFFICE OF R. LINLEY RICHTER, JR.
100 N. Main St.
Ste. 2909
Memphis, TN 38103

Honorable Diane Vescovo
US DISTRICT COURT