IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 OCT 13 PM 3: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN - MEMPHIS

ALOEION Q. DICKERSON, a minor,
by her mother, next friend and guardian,
ROSALYND BRYANT,
 Plaintiff,

v.           Case No. 04-2653-Ma V

GREYHOUND LINES, INC.,
 Defendant,

and,

GREYHOUND LINES, INC.,
 Counter-Plaintiff,

ALOEION Q. DICKERSON, a minor,
by her mother, next friend and guardian,
ROSALYND BRYANT; KIMESHIA
DANDRIDGE, a minor, by her mother and
legal guardian, MARY DANDRIDGE;
BILLIE TEEIN DICKERSON; and
JANE DOES 1-5,
 Counter-Defendants.

## ORDER ALLOWING COUNSEL TO WITHDRAW

Came Johnny Q. Rasberry, Jr., R. Linley Richter, Jr. and the attorneys of Richter & Rasberry, P.C. and moved the Court to be allowed to withdraw from representation of Kimeshia Dandridge. The Court upon consideration of said motion, proper notice having been given to all interested parties, and the entire record before it, is of the opinion that the motion is well taken and that Johnny Q. Rasberry, Jr., R. Linley Richter, Jr., and the attorneys of Richter & Rasberry, P.C. should be allowed to withdraw as counsel for Kimeshia Dandridge.

This document entered on the docket sheet in compliance
with ....
10-17-05

48

SO ORDERED this 13th day of October, 2005.

*Diane K. Vescovo*
Diane K. Vescovo
U.S. Magistrate Judge

Date: October 13, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:04-CV-02653 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Johnny Quitman Rasberry
LAW OFFICE OF JOHNNY RASBERRY
100 N. Main St.
Ste. 2909
Memphis, TN 38103

Dee Shawn Peoples
LAW OFFICE OF R. LINLEY RICHTER, JR.
100 N. Main St.
Ste. 2909
Memphis, TN 38103

R. Linley Richter
LAW OFFICE OF R. LINLEY RICHTER, JR.
100 N. Main St.
Ste. 2909
Memphis, TN 38103

Bruce E. Williams
SHUTTLEWORTH WILLIAMS, PLLC
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--002

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

T. Roane Waring
SHUTTLEWORTH  WILLIAMS
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--002

Honorable Diane Vescovo
US DISTRICT COURT