IN THE UNITED STATES DISTRICT COURT FILED BY _____ D.C.
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION            05 OCT 13 PM 1:37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

ALOEION Q. DICKERSON, a minor,      )
by her mother, next friend and      )
guardian, ROSALYND BRYANT,          )
                                    )
          Plaintiff,                )
                                    )
vs.                                 )        No.04-2653-V
                                    )
GREYHOUND LINES, INC.,              )
                                    )
          Defendant,                )
and                                 )
                                    )
GREYHOUND LINES, INC.,              )
                                    )
          Counter-Plaintiff,        )
                                    )
v.                                  )
                                    )
ALOEION Q. DICKERSON, a minor,      )
by her mother, next friend and      )
guardian, ROSALYND BRYANT;          )
KIMISHIA DANDRIDGE, a minor,        )
by her mother, next friend and      )
guardian, MARY DANDRIDGE;           )
and BILLIE TEEIN DICKERSON,         )
                                    )
          Counter-Defendants.       )

---

## ORDER TO SHOW CAUSE

---

Before the court is the September 1, 2005 motion of the plaintiff and counter-defendant, Aloeion Q. Dickerson, for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Under Local Rule 7.2(a)(2), the non-moving party has thirty (30) days after service of a motion for summary judgment in which

to file a response.  Kimishia Dandridge has not timely responded to the motion.

Accordingly, Kimishia Dandridge is ordered to show cause within eleven (11) days of the date of the order why this case should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and why Aloeion Q. Dickerson's motion should not be granted.  Failure to respond to this show cause order and to respond to the motion may result in dismissal of the action.

IT IS SO ORDERED this 13th day of October, 2005.

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 2:04-CV-02653 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

Bruce E. Williams
SHUTTLEWORTH WILLIAMS, PLLC
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--002

T. Roane Waring
SHUTTLEWORTH  WILLIAMS
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--002

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Dee Shawn Peoples
LAW OFFICE OF R. LINLEY RICHTER, JR.
100 N. Main St.
Ste. 2909
Memphis, TN 38103

Honorable Diane Vescovo
US DISTRICT COURT